**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   23-cr-152 (JRT/ECW) |
| | ) | Date:   April 27, 2023 |
| Jordan Kenneth Edwards, | ) | Courthouse:   St. Paul |
| | ) | Courtroom:   3C |
| Defendant. | ) | Time Commenced:   1:30 p.m. |
| | ) | Time Concluded:   1:38 p.m. |
| | ) | Time in Court:   8 minutes |

APPEARANCES:

Plaintiff: Joseph Teirab, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Public Defender
          X FPD          X To be appointed

Date Charges Filed: April 26, 2023          Offense: possession with intent to distribute cocaine; felon in possession of firearm; possession of a firearm in furtherance of drug trafficking

          X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Tuesday, May 2, 2023 at 2:00 p.m. before U.S. Magistrate Judge Elizabeth Cowan Wright in St. Paul CR 3C for:
          X Detention hrg          X Arraignment

X Government moves to unseal the case.          X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

*s/nah*
Signature of Courtroom Deputy