UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-152 SRN/TNL

United States of America,

          Plaintiff,

v.                      **ORDER FOR APPOINTMENT OF COUNSEL**

Jordan Kenneth Edwards,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that James Ventura, Attorney ID 147217, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  April 28, 2023                 *s/Elizabeth Cowan Wright*
                                             Honorable Elizabeth Cowan Wright
                                             United States Magistrate Judge