UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**JORDAN KENNETH EDWARDS**,

Defendant.

Case No. 23-CR-152 (SRN/TNL)

**ORDER**

Esther Mignanelli, DOJ-USAO, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, counsel for Plaintiff.

James M. Ventura, 1000 Twelve Oaks Center Drive, Suite 100, Wayzata, MN 55391, counsel for Plaintiff.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 27, 2023 (Docket No. 46). No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Leung (Docket No. 46) is **ADOPTED**;

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Docket No. 34), is **DENIED**; and

3. Defendant's Amended Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Docket No. 41), is **DENIED**.

BY THE COURT:

*s/ Susan Richard Nelson*

Dated: Wednesday, December 27, 2023     Susan Richard Nelson
United States District Judge